UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:　　　　　　　　　　　　　　　　　CASE NO. 11 B 05193
　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
JUANA BARCENAS

　　　　　　　　　　　　　　　　　　　　　JUDGE JANET S BAER

　　　　DEBTOR　　　　　　　　　　　　　**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US BANK NATIONAL

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 9 | XXXXXX9678 | $19,736.26 | $20,286.26 | $20,286.26 |
| Total Amount Paid by Trustee | | | | | $20,286.26 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit　　　　**X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-05193-JSB

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 8th day of March, 2016.

Debtor:
JUANA BARCENAS
1657 MCKOOL AVE
STREAMWOOD, IL  60107

Attorney:
FREE BANKRUPTCY EVALUATION LLC
29200 NORTHWESTERN HWY # 155
SOUTHFIELD, MI  48034
via Clerk's ECF noticing procedures

Creditor:
US BANK NATIONAL
% OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD #100
WEST PALM BEACH, FL  33409

Mortgage Creditor:
HSBC MORTGAGE SERVICES
PO BOX 21188
EAGAN, MN  55121-4201

Mortgage Creditor:
HSBC MORTGAGE SERVICES INC
% ALDRIDGE CONNORS
780 JOHNSON FERRY RD NE # 600
ATLANTA, GA  30342

Mortgage Creditor:
BRICE VANDER LINDEN & WERNICK
% WELLS FARGO BANK NA
3476 STATEVIEW BLVD
MAC#X78010
FORT MILL, SC  29715

Mortgage Creditor:
WELLS FARGO BANK
3476 STATEVIEW BLVD
MACX7801-014
FT MILL, SC  29715

Creditor:
US BANK NATIONAL
% OCWEN LOAN SERVICING
PO BOX 24605
WEST PALM BEACH, FL 33416-4605

ELECTRONIC SERVICE - United States Trustee

Date:  March 08, 2016

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603